UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH GOLDBERG,<br><br>                         Plaintiff,<br><br>         -against-<br><br>CON EDISON; JOHN DOE; JANE DOE,<br><br>                         Defendants. | 22-CV-2369 (LTS)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 25, 2022
           New York, New York

                                                       /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                 Chief United States District Judge