UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH GOLDBERG,

                Plaintiff,

-against-

CON EDISON; JOHN DOE; JANE DOE,

                Defendants.

22-CV-2369 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 28, 2022, the Court denied Plaintiff's request to proceed *in forma pauperis* (IFP) and directed Plaintiff, within thirty days, to pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 12, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge