UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH GOLDBERG,

                          Plaintiff,

          -against-

CON EDISON; JOHN DOE; JANE DOE,

                          Defendants.

22-CV-2369 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 12, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without

prejudice for Plaintiff's failure to pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 12, 2022
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge